# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | I Want Your Love |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 10/30/78    11/8/78 |
| Line 6 | Registration No(s). | PAu 58-489    PA 55-928 |
| Line 7 | Date(s) of Infringement | 2/10/24 |
| Line 8 | Place of Infringement | Cafe Bourbon Street |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Missing |
| Line 3 | Writer(s) | Ben Watt; Tracey Thorn |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 9/20/94 |
| Line 6 | Registration No(s). | PA 726-917 |
| Line 7 | Date(s) of Infringement | 2/10/24 |
| Line 8 | Place of Infringement | Cafe Bourbon Street |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Ring My Bell |
| Line 3 | Writer(s) | Frederick Knight |
| Line 4 | Publisher Plaintiff(s) | Two Knight Music, a Division of Couch and Madison Partnership; Peermusic III Ltd. |
| Line 5 | Date(s) of Registration | 6/1/79 |
| Line 6 | Registration No(s). | PA 33-911 |
| Line 7 | Date(s) of Infringement | 2/10/24 |
| Line 8 | Place of Infringement | Cafe Bourbon Street |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Rehab |
| Line 3 | Writer(s) | Amy Winehouse |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc. |
| Line 5 | Date(s) of Registration | 3/15/07 |
| Line 6 | Registration No(s). | PA 1-167-207 |
| Line 7 | Date(s) of Infringement | 11/29/23 |
| Line 8 | Place of Infringement | Cafe Bourbon Street |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Bad Romance |
| Line 3 | Writer(s) | Stefani Germanotta a/k/a Lady Gaga; Nadir Khayat a/k/a RedOne |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; House Of Gaga Publishing LLC.; Redone Productions LLC d/b/a Songs Of RedOne |
| Line 5 | Date(s) of Registration | 7/21/11 |
| Line 6 | Registration No(s). | PA 1-751-974 |
| Line 7 | Date(s) of Infringement | 11/29/23 |
| Line 8 | Place of Infringement | Cafe Bourbon Street |