AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Broadcast Music, Inc., et al. <br><br> *Plaintiff(s)* <br> v. <br> Summit Revival LLC d/b/a Cafe Bourbon Street, et al. <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-1427 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Summit Revival LLC d/b/a Cafe Bourbon Street
    c/o David Fricke, Statutory Agent
    2366 Glenvawr Avenue
    Columbus, OH 43202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Rachael L. Rodman
    UB Greensfelder LLP
    65 E. State Street, Suite 1100
    Columbus, OH 43215
    (614) 229-0038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 28, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Broadcast Music, Inc., et al._____<br>*Plaintiff(s)*<br>v.<br>Summit Revival LLC d/b/a Cafe Bourbon Street, et al._____<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-1427 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Summit Revival LLC d/b/a Cafe Bourbon Street
    c/o David Fricke, Member
    2216 Summit Street
    Columbus, OH 43201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Rachael L. Rodman
    UB Greensfelder LLP
    65 E. State Street, Suite 1100
    Columbus, OH 43215
    (614) 229-0038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   March 28, 2024  _____      *[signature]*
                                                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Broadcast Music, Inc., et al.

*Plaintiff(s)*

v.

Summit Revival LLC d/b/a Cafe Bourbon Street, et al.

*Defendant(s)*

Civil Action No. 2:24-cv-1427

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> David Fricke
> 2216 Summit Street
> Columbus, OH 43201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rachael L. Rodman
> UB Greensfelder LLP
> 65 E. State Street, Suite 1100
> Columbus, OH 43215
> (614) 229-0038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 28, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Broadcast Music, Inc., et al.

*Plaintiff(s)*

v.

Summit Revival LLC d/b/a Cafe Bourbon Street, et al.

*Defendant(s)*

Civil Action No. 2:24-cv-1427

Alias

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

David Fricke
2366 Glenvawr Avenue
Columbus, OH 43202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rachael L. Rodman
UB Greensfelder LLP
65 E. State Street, Suite 1100
Columbus, OH 43215
(614) 229-0038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 28, 2024

*Signature of Clerk or Deputy Clerk*